AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>Jeremy Russell Bodell<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  3:25-mj-333<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **November 7, 2025** in the county of **Linn** in the _____ District of **Oregon**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached Affidavit of HSI Special Agent Justin Moshofsky

☑ Continued on the attached sheet.

/s/ By Telephone
*Complainant's signature*

HSI Special Agent Justin Moshofsky
*Printed name and title*

Sworn to before me ~~and signed in my presence~~
By telephone pursuant to Rule 4.1 at 12:10 p.m.

Date: November 8, 2025

/s/ Jeff Armistead
*Judge's signature*

City and state: Portland, Oregon

Honorable Jeffrey Armistead, U.S. Magistrate Judge
*Printed name and title*

Case No. 25-mj-333

DISTRICT OF OREGON, ss:    AFFIDAVIT OF JUSTIN MOSHOFSKY

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Justin Moshofsky, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1.    I am a Special Agent with Homeland Security Investigations (HSI) and have been since 2019. I am currently assigned to the HSI's Portland field office. My current assignment involves investigating child exploitation crimes. My training and experience include investigating federal criminal violations related to child exploitation, among other violations of federal law. I have acquired knowledge and experience in conducting criminal investigations from formal and informal training, learning from other law enforcement officers, and my participation in investigations.

2.    I submit this affidavit in support of a criminal complaint and arrest warrant for Jeremy Russell BODELL (BODELL) (XX/XX/1973), for Possession of Child Pornography in violation of 18 U.S.C. § 2252A(a)(5)(B). As set forth below, there is probable cause to believe, and I do believe, that BODELL committed Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).

3.    This affidavit is intended to show only that there is sufficient probable cause for the requested criminal complaint and arrest warrant and does not set forth all of my knowledge about this matter. The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of witnesses, a review of records related to

this investigation, communications with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience.

## Applicable Law

4.      Title 18, United States Code, Section 2252A(a)(5)(B) makes it a crime to knowingly possess or access with intent to view child pornography that has been mailed, shipped, or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

5.      "Child pornography," as defined in 18 U.S.C. § 2256(8), includes any visual depiction of a child under the age of 18 years engaging in sexually explicit conduct. "Sexually explicit conduct" is defined in 18 U.S.C. § 2256(2) and includes sexual intercourse, whether genital-genital, oral-genital, anal-genital, or oral-anal, whether between members of the same or opposite sex; bestiality; masturbation; sadistic or masochistic abuse; and the lascivious exhibition of the genitals, anus, or pubic area of any person.[1]

## Statement of Probable Cause

6.      On October 4, 2021, Instagram filed a CyberTipline Report, reporting the distribution of a single video depicting child pornography to the National Center for Missing and Exploited Children (NCMEC) titled:

"WvEeZsBkBzhjGMsw241103160_4620736384617317_767534900111490380_n.mp4" with

---

[1] For purposes of this affidavit, the term Child Sexual Abuse Material (CSAM) is synonymous with the term child pornography.

**Affidavit of HSI Special Agent Justin Moshofsky**                                                                 **Page 2**

internal reference number 17930520274730088. Instagram included an MD5 hash value of 'b215b60c448501996bde0263fea11c20' in their report to further identify the reported video. Instagram also included the profile picture of the account that distributed the reported video.

7. Instagram noted that the distribution of the reported video occurred on September 4, 2021, between user "Kildrak Fireblade," who registered their account using phone number XXX-XXX-0908, and another user. Instagram reported that the upload was through Instagram Direct, a private chat channel for conversations and file sharing, and originated from "Kildrak Fireblade."

8. Instagram categorized the video using industry standard A1, which refers to a sex act involving a prepubescent minor. At the time of filing, Instagram did not view the reported video. Instagram did not specify how they became aware of the video depicting child pornography. I know that the MD5 hash value in CyberTipline Reports are a unique identification number which differentiates specific images and videos. Electronic Service Providers (ESPs) often detect child pornography through MD5 hash values that law enforcement has previously encountered and subsequently categorized as child pornography. Instagram categorized the video as A1 without viewing the file and included the MD5 hash valueb215b60c448501996bde0263fea11c20.

9. NCMEC serialized the Instagram-reported CyberTipline Report as report number 103749732. NCMEC utilized a commercially available database to identify that phone number XXX-XXX-0908 was likely subscribed to Jeremy Russell BODELL, then a resident of Eugene, Oregon. CyberTipline Report 103749732 was assigned to Oregon Department of Justice –

**Affidavit of HSI Special Agent Justin Moshofsky**                                                           **Page 3**

Internet Crimes Against Children (ORDOJ – ICAC). ORDOJ – ICAC did not seek a search warrant to view the reported video.

10. On September 25, 2025, I learned that HSI investigated Child Sexual Abuse Material (CSAM) trading groups on 'Chat Application A'[2] and had identified user account "dax," which is associated with the phone number XXX-XXX-0908. I learned that HSI had screen-recorded numerous non-public, invite-only chat groups which shared images, videos, and cloud storage links depicting CSAM. Member account "dax" was a member of 15 separate CSAM trading groups, including:

- 16+ boy's semen in the mouth
- Boys of Eden
- Chubby Boys Only
- Free Pics and Vids
- Gay groups
- Hidden Camera
- Hola amigo
- Indian boy
- Kid's Club
- kk
- only kids boys video

---

[2] Chat Application A is an internet-based messaging, voice calling, video calling, and social-media application for smartphones, tablets, and computers. The name of Chat Application A is not being included herein to protect the ongoing investigation.

**Affidavit of HSI Special Agent Justin Moshofsky**                                                                 **Page 4**

- Only video boys with men

- save

- school cp

- Small-Boys

11.     I reviewed 'Chat Application A' group "only kids boys video," which was recorded by law enforcement on January 1, 2024, and again on March 27, 2024.  The group icon depicts a prepubescent male's buttocks with his pants and underwear pulled down.  I observed a 34-second video posted on January 12, 2024, by member account "rico 123 rico" which depicts a pubescent boy manually stimulating and engaging in oral sex on an erect adult penis.

12.     I reviewed 'Chat Application A' group "Only video boys with men" which was recorded by law enforcement on January 1, 2024, and again on March 27, 2024.  The group icon depicts two pubescent males who appeared to be engaging in anal sex.  I observed a 56-second video posted on December 15, 2023, by member account "Ben Boy" which depicts a naked prepubescent male who is surrounded by naked adult males masturbating and ejaculating on the prepubescent male.

13.     I reviewed 'Chat Application A' group "Kid's Club" which was recorded by law enforcement on January 1, 2024, and again on March 27, 2024.  The group icon depicts a prepubescent male performing fellatio on a penis.  I observed a 5-minute, 31-second video posted on March 25, 2024, by member account "willyeros27" which depicts an adult male raping a pubescent male, penetrating the minor male's anus.

14.     On September 29, 2025, I spoke with Lebanon Police Department and learned that, in April 2024, BODELL had observed unexpected smoke at vacant home next door and

**Affidavit of HSI Special Agent Justin Moshofsky**                                                                    **Page 5**

reported the suspicious activity to Lebanon Police Department using phone number XXX-XXX-0908. This is further evidence that this phone number belongs to BODELL.

15. On August 7, 2025, HSI served a Customs summons to AT&T for phone number XXX-XXX-0908 and learned that BODELL has been an active subscriber between January 13, 2021, and January 21, 2024. I performed a records search using a commercially available database and learned that BODELL reported phone number XXX-XXX-0908 as of July 6, 2024 to T-Mobile and is currently subscribed to their cellular service.

16. On October 15 and 16, 2025, HSI observed BODELL leave from, and return to, ▮▮▮▮, Lebanon, Oregon 97355 (Subject Premises). HSI observed BODELL drive a ▮▮▮▮ bearing Oregon license plate XXXXX (Subject Vehicle). I learned that, according to Oregon Department of Motor Vehicles, the Subject Vehicle is registered to BODELL and ▮▮▮▮. The ▮▮▮▮ Oregon Driver's License at the Subject Premises.

17. On October 30, 2025, I applied for and obtained a federal search warrant to view the files contained in CyberTipline Report 103749732. Instagram reported that the distribution was associated with an account using phone number XXX-XXX-0908. I viewed the video file reported by Instagram said to contain CSAM categorized as a sexual act involving a prepubescent minor. I observed a 37-second video which depicted a naked adult male straddling a prepubescent, naked boy. The boy licked the adult male's erect penis while the adult male masturbated. The adult male ejaculated onto and into the prepubescent male's mouth.

18. On November 6, 2025, the Honorable Jeffrey Armistead authorized a search warrant for the BODELL's person, the Subject Premises and the Subject Vehicle (3:25-mc-01281).

*Execution of Premises Search Warrant and Review of BODELL's Phone*

19. On November 7, 2025, HSI encountered BODELL at the Subject Premises during the execution of the federal search warrant for BODELL's person, the Subject Premises, and the Subject Vehicle. During the execution of the federal search warrant, law enforcement located and seized BODELL's Samsung Galaxy A35 5G, which was on his person. After BODELL unlocked his phone using his thumb, law enforcement manually reviewed the phone. Law enforcement found three chat applications installed, including 'Chat Application A,' Telegram, and Viber. Law enforcement found a significant amount of images and videos which meet the definition of child pornography. I manually examined BODELL's cell phone and observed that BODELL's 'Chat Application A' account is now 'dax Fireblade.' I learned that BODELL's activity on 'Chat Application A' included membership in groups such as: "Perv/Pedo Nude Share;" "White & black boys;" "Boii Luverzz;" and "baby rooster lovers." I observed that some of these groups had posts as recent as November 7, 2025, just prior to the execution of the federal search warrant. I observed Telegram was installed on BODELL's phone and his account name is 'Dax Fireblade.' BODELL's Telegram account appeared to have activity between February 10, 2025, and November 7, 2025. BODELL appeared to be a participant in the following groups: "Shyota AI" and "Cutie Collection." The Telegram group "Cutie Collection" appears to be cartoon or AI images of children engaged in sexual acts. I observed the Viber

application was installed on BODELL's phone but could not view the account information, messages, or groups that BODELL was a member of.

20.　　During a review of BODELL's gallery application, I viewed images and videos which were saved on BODELL's phone and meet the federal definition of child pornography. I observed the following:

- An image depicting a naked pubescent male touching his erect penis and the word 'Goldenboy' in the top left. The image had a date and time stamp of November 2, 2025, at 2:41 AM. The file is titled "IMG-41d7e3e1e7119a5286a57dee5b6e9dae-V.jpg."

- An image depicting a pubescent male wearing only a shirt, with a naked male of unknown age engaging in anal sex with the pubescent male. The image had a date and time stamp of October 25, 2025, at 4:06 AM. The file is titled "IMG-0b526acb00cf84ce68af0948e1de01b0-V.jpg."

- A 1 minute, 26 second video depicting an adult male, wearing only a shirt, engaging in anal sex with a naked prepubescent male. The video has a date and time stamp of October 23, 2025, at 12:12 AM. The file is titled "video-7d370d665c3bb2793678b41e540ef4fd-V.mp4."

- A 2 minute, 20 second video depicting two naked pubescent males engaging in anal sex while being filmed by a naked adult male, who later receives oral sex from one pubescent male and engages in anal sex with the other pubescent male. The video has a date and time stamp of October 19, 2025, at 1:30 PM. The file is titled "video-c4281f3288f99a581ec77d9e740cae80-V.mp4."

/ / /

**Affidavit of HSI Special Agent Justin Moshofsky**　　　　　　　　　　　　　　　　**Page 8**

*Interview of BODELL*

21.     At approximately 10:30 AM on November 7, 2025, I interviewed BODELL in an unmarked law enforcement vehicle. Law enforcement removed handcuffs from BODELL prior to the interview. The approximately two hour and thirty-minute interview was recorded. I read BODELL a *Miranda* warning and he verbally acknowledged that he understood his rights. During the interview, BODELL provided his fingerprint to unlock his personal cell phone. BODELL later provided his six-digit passcode to unlock the phone. BODELL stated that he was the only one with access to his cell phone. BODELL confirmed that his cell phone number was XXX-XXX-0908. BODELL confirmed that he had previously used Instagram, that his account username was Kildrak Fireblade, and that his account had been shut down previously for violating Instagram's terms of service. BODELL denied knowledge of any CSAM distribution from his account.

22.     BODELL stated that he used 'Chat Application A' and that his account name, 'dax,' was likely associated with his phone number. BODELL denied using 'Chat Application A' recently and could not recall the last time he used it. BODELL stated that he was added to groups against his will. BODELL stated that he was uncertain what some of the groups were about, such as "boys 12 to 16." ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ BODELL stated that he would leave groups which discussed or contained CSAM. BODELL stated that he may have seen some groups which discussed or shared CSAM on 'Chat Application A' but would have left the group immediately. BODELL initially denied that there would be CSAM on his phone but later stated that CSAM could be loaded onto his phone from applications like 'Chat Application A' or another unknown

**Affidavit of HSI Special Agent Justin Moshofsky**                                                                **Page 9**

source.  I informed BODELL that law enforcement found CSAM in his photo gallery.  BODELL denied that he deliberately saved images to his photo gallery and claimed that the images must have automatically been downloaded there from 'Chat Application A.'  BODELL stated that his ▮▮▮▮ accused him of sexually abusing ▮▮▮▮ a few years ago, subsequently filing for a restraining order for stalking.  BODELL stated that ▮▮▮▮ Police Department and ▮▮▮▮ Police Department had resolved the investigation, and that the accusation(s) were unfounded.  HSI is still investigating these allegations mentioned by BODELL.

23.   At the end of the interview, I informed BODELL that he was being arrested for possession of CSAM.

**Conclusion**

24.   Based on the foregoing, I have probable cause to believe, and I do believe, that Jeremy Russell BODELL committed violations of 18 U.S.C. § 2252A(a)(5)(B), Possession of Child Pornography. I therefore request that the Court issue a criminal complaint and arrest warrant for Jeremy Russell BODELL.

25.   Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Charlotte Kelley, and AUSA Kelley advised me that in her opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

///

///

**Affidavit of HSI Special Agent Justin Moshofsky**                                                                 Page 10

**Request for Sealing**

26.     It is respectfully requested that the Court issue an order sealing, until further order of the Court, all papers submitted in support of the requested criminal complaint and arrest warrant. I believe that sealing these documents is necessary because the information to be seized is relevant to an ongoing investigation, and any disclosure of the information at this time may cause destruction of or tampering with evidence, or otherwise seriously jeopardize an investigation. Premature disclosure of the affidavit, the criminal complaint, and the arrest warrant may adversely affect the integrity of the investigation.

*By phone pursuant to Fed. R. Crim. P. 4.1*
JUSTIN MOSHOFSKY
Special Agent, HSI

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 12:10 a.m./p.m on November 8, 2025.

/s/ Jeff Armistead
HONORABLE JEFFREY ARMISTEAD
United States Magistrate Judge

**Affidavit of HSI Special Agent Justin Moshofsky**                                                                         **Page 11**